# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**Heather M. Miller fka Heather M Getz**<br>**&**<br>**Troy M. Miller**<br>     **Debtors** | **BK NO. 19-01187 RNO**<br><br>**Chapter 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

               Respectfully submitted,

               **/s/ James C. Warmbrodt, Esquire**
               James C. Warmbrodt, Esquire
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               215-627-1322