IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heather M. Miller fka Heather M Getz<br>Troy M. Miller<br>    Debtor(s)<br><br>MIDFIRST BANK<br>    Movant<br>  vs.<br><br>Heather M. Miller fka Heather M Getz<br>Troy M. Miller<br>    Debtor(s)<br><br>William G. Schwab Esq.<br>    Trustee | CHAPTER 7<br><br><br>NO. 19-01187 RNO |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the ENTRY OF APPEARANCE AND REQUEST FOR NOTICES of MIDFIRST BANK, which was filed with the Court on or about **4/22/19, Docket No. 11** .

               Respectfully submitted,

               **/s/ James C. Warmbrodt, Esquire**
               James C. Warmbrodt, Esquire
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               412-430-3594

April 24, 2019